

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00430-CV

**In The Interest of N. R. G., a child,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00683
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Elva Chapa's notification of late reporter's record is hereby NOTED. Time is extended to July 15, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court